UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                    )
                          )
**OSLUND, DANIEL R.**     )   Bankruptcy Case No. 17-80203 TML
**ZACK, SHERRY K**        )   Chapter 7
                          )
Debtor(s).                )

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 6, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

OSLUND, DANIEL R.
ZACK, SHERRY K
5294 SAND PIPER PLACE
LOVES PARK, IL 61111

DAVID H. CARTER
ROCKFORD BANKRUPTCY CLINIC, PC
ONE COURT PLACE, SUITE 401
ROCKFORD, IL 61101
*(Via ECF Electronic Transmisison)*

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC its successors and assigns as
assignee of Capital One Bank (USA), N.A.
Resurgent Capital Services,PO Box 10587
Greenville, SC 29603-0587

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Rockford Merchantile
2502 S. Alpine Rd.
Rockford, IL 61108

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com