# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: OSLUND, DANIEL R.<br>ZACK, SHERRY K<br><br>Debtor(s) | § Case No. 17-80203<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $160,700.00            Assets Exempt: $50,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,122.02     Claims Discharged
                                                Without Payment: $13,016.89

Total Expenses of Administration: $6,430.22

  3) Total gross receipts of $ 43,970.86 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 16,418.62 (see **Exhibit 2**), yielded net receipts of $27,552.24
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $109,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,430.22 | 6,430.22 | 6,430.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,337.73 | 21,122.02 | 21,122.02 | 21,122.02 |
| **TOTAL DISBURSEMENTS** | $126,337.73 | $27,552.24 | $27,552.24 | $27,552.24 |

4) This case was originally filed under Chapter 7 on January 31, 2017. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2018          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undetermined interest in Estate of Ann Wielges | 1249-000 | 43,970.86 |
| **TOTAL GROSS RECEIPTS** | | **$43,970.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ZACK, SHERRY K. | Dividend paid 100.00% on $16,418.62; Claim# SURPLUS; Filed: $16,418.62; Reference: | 8200-002 | 16,418.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,418.62** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Huntington Bank | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank | 4110-000 | 94,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$109,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 3,505.22 | 3,505.22 | 3,505.22 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 2,925.00 | 2,925.00 | 2,925.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,430.22 | $6,430.22 | $6,430.22 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 1,904.02 | 1,999.26 | 1,999.26 | 1,999.26 |
| 1I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 14.51 | 14.51 | 14.51 |
| 2 | Discover Bank | 7100-000 | 2,416.82 | 2,297.76 | 2,297.76 | 2,297.76 |
| 2I | Discover Bank | 7990-000 | N/A | 16.67 | 16.67 | 16.67 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 0.00 | 296.64 | 296.64 | 296.64 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 2.15 | 2.15 | 2.15 |
| 4 | Verizon | 7100-000 | N/A | 786.22 | 786.22 | 786.22 |
| 4I | Verizon | 7990-000 | N/A | 5.71 | 5.71 | 5.71 |
| 5 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 4,536.81 | 4,536.81 | 4,536.81 |
| 5I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 32.92 | 32.92 | 32.92 |
| 6 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 3,420.56 | 3,420.56 | 3,420.56 |
| 6I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 24.82 | 24.82 | 24.82 |
| 7 | Synchrony Bank | 7100-000 | N/A | 108.60 | 108.60 | 108.60 |
| 7I | Synchrony Bank | 7990-000 | N/A | 0.79 | 0.79 | 0.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Rockford Merchantile | 7100-000 | N/A | 7,524.00 | 7,524.00 | 7,524.00 |
| 8I | Rockford Merchantile | 7990-000 | N/A | 54.60 | 54.60 | 54.60 |
| NOTFILED | Hinckley Springs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gingerwood Condominium Assoc. | 7100-000 | 4,677.58 | N/A | N/A | 0.00 |
| NOTFILED | Exxon/Mobil | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier Comminucations | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 4,401.63 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mira Med Revenue Group | 7100-000 | 1,441.21 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 548.31 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Merchantile | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 1,145.16 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardiac EP Consultants | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Atty James Thompson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,337.73 | $21,122.02 | $21,122.02 | $21,122.02 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80203  
**Case Name:** OSLUND, DANIEL R.  
ZACK, SHERRY K  
**Period Ending:** 02/14/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/31/17 (f)  
**§341(a) Meeting Date:** 03/09/17  
**Claims Bar Date:** 09/21/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5294 Sand Piper Place, Loves Park, IL | 115,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | checking: Alpine Bank | 600.00 | 0.00 | | 0.00 | FA |
| 4 | business account: Alpine Bank/business | 100.00 | 0.00 | | 0.00 | FA |
| 5 | necessary household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 900.00 | 0.00 | | 0.00 | FA |
| 7 | misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8 | term policy-no cash value: spouse | 0.00 | 0.00 | | 0.00 | FA |
| 9 | term policy-no cash value: spouse | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Ret. or Pension Acct.: IRA | 6,800.00 | 0.00 | | 0.00 | FA |
| 11 | 401: 401 K Plan | 9,800.00 | 0.00 | | 0.00 | FA |
| 12 | 1000 shares Zack Law Office, PC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2000 F250 Ford | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2002 Escalade Cadillac | 3,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2012 E5350 Lexus | 20,000.00 | 0.00 | | 0.00 | FA |
| 16 | Zack Law Office: 2 computers, business equipment | 600.00 | 0.00 | | 0.00 | FA |
| 17 | Undetermined interest in Estate of Ann Wielges (u)     See Amended Schedules filed March 7, 2017. | Unknown | 40,000.00 | | 43,970.86 | FA |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$160,700.00** | **$40,000.00** | | **$43,970.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2017   **Current Projected Date Of Final Report (TFR):** November 13, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-80203
**Case Name:** OSLUND, DANIEL R.
ZACK, SHERRY K
**Taxpayer ID #:** **-***6865
**Period Ending:** 02/14/18

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******4366 - Checking Account
**Blanket Bond:** $4,396,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/30/17 | {17} | ESTATE OF ANN WIELGUS | INHERITANCE | | 1249-000 | 43,970.86 | | 43,970.86 |
| 12/27/17 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,925.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 2,925.00 | 41,045.86 |
| 12/27/17 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $3,505.22, Trustee Compensation; Reference: | | 2100-000 | | 3,505.22 | 37,540.64 |
| 12/27/17 | 103 | ZACK, SHERRY K. | Dividend paid 100.00% on $16,418.62; Claim# SURPLUS; Filed: $16,418.62; Reference: | | 8200-002 | | 16,418.62 | 21,122.02 |
| 12/27/17 | 104 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,3I | | | | 298.79 | 20,823.23 |
| | | | Dividend paid 100.00% on $296.64; Claim# 3; Filed: $296.64 | 296.64 | 7100-000 | | | 20,823.23 |
| | | | Dividend paid 100.00% on $2.15; Claim# 3I; Filed: $2.15 | 2.15 | 7990-000 | | | 20,823.23 |
| 12/27/17 | 105 | Discover Bank | Combined Check for Claims#2,2I | | | | 2,314.43 | 18,508.80 |
| | | | Dividend paid 100.00% on $2,297.76; Claim# 2; Filed: $2,297.76 | 2,297.76 | 7100-000 | | | 18,508.80 |
| | | | Dividend paid 100.00% on $16.67; Claim# 2I; Filed: $16.67 | 16.67 | 7990-000 | | | 18,508.80 |
| 12/27/17 | 106 | LVNV Funding, LLC its successors and assigns as | Combined Check for Claims#5,6,5I,6I | | | | 8,015.11 | 10,493.69 |
| | | | Dividend paid 100.00% on $4,536.81; Claim# 5; Filed: $4,536.81 | 4,536.81 | 7100-000 | | | 10,493.69 |
| | | | Dividend paid 100.00% on $3,420.56; Claim# 6; Filed: $3,420.56 | 3,420.56 | 7100-000 | | | 10,493.69 |
| | | | Dividend paid 100.00% on $32.92; Claim# 5I; Filed: $32.92 | 32.92 | 7990-000 | | | 10,493.69 |
| | | | Dividend paid 100.00% on $24.82; Claim# 6I; Filed: $24.82 | 24.82 | 7990-000 | | | 10,493.69 |
| 12/27/17 | 107 | Quantum3 Group LLC as agent for | Combined Check for Claims#1,1I | | | | 2,013.77 | 8,479.92 |
| | | | Dividend paid 100.00% on $1,999.26; Claim# 1; Filed: $1,999.26 | 1,999.26 | 7100-000 | | | 8,479.92 |

Subtotals : $43,970.86   $35,490.94

{} Asset reference(s)

Printed: 02/14/2018 09:12 AM    V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-80203  
**Case Name:** OSLUND, DANIEL R.  
ZACK, SHERRY K  
**Taxpayer ID #:** **-***6865  
**Period Ending:** 02/14/18

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $14.51; Claim# 1I; Filed: $14.51 | 14.51 | 7990-000 | | | 8,479.92 |
| 12/27/17 | 108 | Rockford Merchantile | Combined Check for Claims#8,8I | | | | 7,578.60 | 901.32 |
| | | | Dividend paid 100.00% on $7,524.00; Claim# 8; Filed: $7,524.00 | 7,524.00 | 7100-000 | | | 901.32 |
| | | | Dividend paid 100.00% on $54.60; Claim# 8I; Filed: $54.60 | 54.60 | 7990-000 | | | 901.32 |
| 12/27/17 | 109 | Synchrony Bank | Combined Check for Claims#7,7I | | | | 109.39 | 791.93 |
| | | | Dividend paid 100.00% on $108.60; Claim# 7; Filed: $108.60 | 108.60 | 7100-000 | | | 791.93 |
| | | | Dividend paid 100.00% on $0.79; Claim# 7I; Filed: $0.79 | 0.79 | 7990-000 | | | 791.93 |
| 12/27/17 | 110 | Verizon | Combined Check for Claims#4,4I | | | | 791.93 | 0.00 |
| | | | Dividend paid 100.00% on $786.22; Claim# 4; Filed: $786.22 | 786.22 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $5.71; Claim# 4I; Filed: $5.71 | 5.71 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 43,970.86 | 43,970.86 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 43,970.86 | 43,970.86 | |
| Less: Payments to Debtors | | 16,418.62 | |
| **NET Receipts / Disbursements** | **$43,970.86** | **$27,552.24** | |

{} Asset reference(s)

Printed: 02/14/2018 09:12 AM    V.13.32

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-80203  
**Case Name:** OSLUND, DANIEL R.  
ZACK, SHERRY K  
**Taxpayer ID #:** **-***6865  
**Period Ending:** 02/14/18

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4366** | **43,970.86** | **27,552.24** | **0.00** |
| | $43,970.86 | $27,552.24 | $0.00 |